AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

UNITED STATES OF AMERICA )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:25-cv-00173-JCN
MAINE DEPARTMENT OF EDUCATION )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MAINE DEPARTMENT OF EDUCATION
111 Sewall Street
Augusta, ME 04333-0023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MATTHEW J. DONNELLY
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 616-2788
Email: matthew.donnelly@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: April 16, 2025

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lisa Marchese, Deputy Attorney General, who is
designated by law to accept service of process on behalf of *(name of organization)* Maine Department
of Education on *(date)* APR 17 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: APR 17 2025

Server's signature

Printed name and title
Harry McKenney
Chief Civil Deputy
Kennebec County
Sheriff's Office

Server's address

**Kennebec County Sheriff's Office**

**Harry McKenney**
**Chief Civil Deputy**
Civil Division

(207) 623-1202 Office
(207) 626-5510 Direct

125 State Street
Augusta, ME 04330
www.kennebecso.com