UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:25-cv-00173-JCN |
| | ) | |
| MAINE DEPARTMENT OF | ) | |
| OF EDUCATION, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF RECUSAL**

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

SO ORDERED.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 18th day of April, 2025.