UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAINE DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Case No. 1:25-cv-00173-JCN |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant Maine Department of Education.


DATED:  April 22, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　AARON M. FREY
　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　/s/ *Sarah A. Forster*
　　　　　　　　　　　　　　　　　　Sarah A. Forster, Esq., Bar No. 8967
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　6 State House Station
　　　　　　　　　　　　　　　　　　Augusta, ME 04330
　　　　　　　　　　　　　　　　　　(207)-626-8866
　　　　　　　　　　　　　　　　　　Sarah.Forster@maine.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF system; that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

DATED:  April 22, 2025                  /s/ *Sarah A. Forster*
                                                        Sarah A. Forster, Esq., Bar No. 8967
                                                        Assistant Attorney General
                                                        Office of the Attorney General
                                                        6 State House Station
                                                        Augusta, ME 04330
                                                        (207)-626-8866
                                                        Sarah.Forster@maine.gov