UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>MAINE DEPARTMENT OF EDUCATION,<br><br>      Defendant. | Case No. 1:25-cv-00173-SDN |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the Defendant Maine Department of Education.

DATED:  April 22, 2025

Respectfully submitted,

AARON M. FREY
Attorney General, State of Maine

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB
Chief Deputy Attorney General

Office of the Maine Attorney General
6 State House Station
Augusta ME  04333-0006
Tel.  (207) 626-8565
Fax (207) 287-3145
christopher.c.taub@maine.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2025, I electronically filed this document with the

Clerk of the Court using the CM/ECF system, and that the same will be sent electronically to

registered participants as identified in the CM/ECF electronic filing system for this matter.

DATED:  April 22, 2025                    /s/ Christopher C. Taub
                                          CHRISTOPHER C. TAUB
                                          Chief Deputy Attorney General
                                          Office of the Maine Attorney General
                                          6 State House Station
                                          Augusta ME  04333-0006
                                          Tel.  (207) 626-8565
                                          Fax (207) 287-3145
                                          christopher.c.taub@maine.gov