**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00173-SDN |
| | ) | |
| MAINE DEPARTMENT OF EDUCATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to the Court's order of June 10, 2025 (ECF No. 18), the parties have met and conferred regarding the designation of experts.  Under the current scheduling order, the plaintiff's expert witness designations are due by September 3, 2025 and the defendant's expert witness designations are due by October 27, 2025.  Following their meeting, the parties jointly propose that the scheduling order be amended as follows:

1.  Defendant's expert designations are due by October 3, 2025.[1]

2.  By no later than December 2, 2025, the plaintiff may provide expert witness designations in response to the defendant's expert witness designations.  Said designations shall be limited to responding to statements and opinions offered by the defendant's expert witnesses.

WHEREFORE, the parties respectfully request that the scheduling order be amended as set forth above.

---

[1] The parties do not request an adjustment of the September 3, 2025 deadline for plaintiff to designate experts.

Dated:  July 25, 2025                              Respectfully submitted,

For the Plaintiff:                                 For the Defendant:

                                                   AARON M. FREY
                                                   Attorney General

/s/ Matthew J. Donnelly
MATTHEW J. DONNELLY
Attorney                                           /s/ Christopher C. Taub
United States Department of Justice                CHRISTOPHER C. TAUB
950 Pennsylvania Avenue, NW                         Chief Deputy Attorney General
Washington, D.C. 20530                             Christopher.C.Taub@maine.gov
Telephone: (202) 616-2788                          SARAH A. FORSTER
matthew.donnelly@usdoj.gov                         Assistant Attorney General
                                                   Sarah.Forster@maine.gov
                                                   KIMBERLY L. PATWARDHAN
                                                   Assistant Attorney General
                                                   Kimberly.Patwardhan@maine.gov
                                                   Office of the Attorney General
                                                   State House Station 6
                                                   Augusta, ME 04333
                                                   Telephone: (207) 626-8800

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 25th day of July, 2025, I electronically filed the above

document with the Clerk of Court using the CM/ECF system which will send notification of such

filing to all counsel of record.  To my knowledge, there are no non-registered parties or attorneys

participating in this case.

                                   /s/ Christopher C. Taub
                                   CHRISTOPHER C. Taub
                                   Chief Deputy Attorney General
                                   Six State House Station
                                   Augusta, Maine  04333-0006
                                   Tel.  (207) 626-8800
                                   Christopher.C.Taub@maine.gov