

**U.S. Department of Justice**

950 Pennsylvania Avenue, NW
Washington, DC 20530

August 14, 2025

**Via FedEx**

Maine Principals' Association
50 Industrial Drive
Augusta, Maine 04330

    Re:    Subpoena
             *United States v. Maine Dep't of Education*, No. 25cv00173 (D. Me.)

    I represent the United States in *United States v. Maine Dep't of Education*, No. 25cv00173 (D. Me.). Attached please find a subpoena directing the Maine Principals' Association to produce certain documents to the United States in connection with the case. I have included a copy of the Complaint for your convenience. I have also included a Federal Rule of Evidence 902(11) certification form that I urge you to complete and return with your production of the documents. Completing this certification will hopefully alleviate the potential need for us to later call you as a witness to testify that the produced documents are authentic.

    We are, of course, willing to take reasonable measures to work with you to reduce any burdens that the enclosed subpoena may impose on you. To that end, if you have any questions, please do not hesitate to contact me, or have your attorney contact me, preferably prior to the due date for the production of the documents.

Sincerely,

MATTHEW J. DONNELLY
Attorney
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 616-2788
Email: matthew.donnelly3@usdoj.gov