UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAINE DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Case No. 1:25-cv-00173-SDN |

### MOTION TO STAY CASE DURING APPROPRIATIONS LAPSE

The United States hereby moves this Court for a stay of the case because of a lapse in appropriations for the United States Department of Justice. In support, the United States submits:

1.  At the end of the day on September 30, 2025, the appropriations act that had been funding the United States Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department of Justice does not know when Congress will restore its funding.

2.  Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Those very limited circumstances currently do not apply to this case.

3.  The undersigned counsel for the Department of Justice therefore requests a stay of the case until Congress has restored appropriations to the Department.

4. If the Court grants this Motion to Stay, the United States will notify the Court as soon as Congress has appropriated funds for the Department. The United States requests that, at that point, all current deadlines for the Parties be extended commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

5. The United States contacted counsel for Defendant who relayed Defendant takes no position on this Motion.

Based on the foregoing, the United States respectfully requests that the Court stay this case until Congress appropriates funding to the Department of Justice that will permit attorneys to resume their usual civil litigation functions.

Respectfully submitted,

 */s/ Matthew J. Donnelly*
MATTHEW J. DONNELLY
Attorney
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 616-2788
Email: matthew.donnelly3@usdoj.gov

Dated: October 1, 2025