UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | CASE NO. 1:25-cv-00173-SDN |
| MAINE DEPARTMENT OF EDUCATION, | ) ) ) | |
| *Defendant.* | ) ) | |

**RESPONSE OF PORTLAND PUBLIC SCHOOLS TO MOTION FOR RECUSAL**

Intervenor Portland Public Schools is mindful of the fact that it has been granted only limited intervenor status in this matter. However, to the extent that it is permitted to be heard on the issue of recusal, it hereby opposes the motion to recuse filed by Plaintiff and joins in the opposition filed by the Maine Department of Education.

Dated: February 5, 2025

*/s/ Melissa A. Hewey*
Melissa A. Hewey
Attorney for Intervenor
Portland Public Schools
Drummond Woodsum & MacMahon
84 Marginal Way, Suite 600
Portland, ME 04101-2480
(207) 772-1941
mhewey@dwmlaw.com