**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>MAINE DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-00173-SDN |

**MOTION OF DO NO HARM, INC., FOR LEAVE TO FILE**
***AMICUS CURIAE* BRIEF IN SUPPORT OF THE UNITED STATES**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1(a), proposed *amicus curiae* Do No Harm, Inc., states that (1) Do No Harm has no parent corporation; and (2) no corporations hold any stock in Do No Harm.

Proposed Amicus Do No Harm, Inc., respectfully moves for leave to file an amicus brief in support of the United States in this matter.

**INTEREST OF PROPOSED AMICUS CURIAE**

Do No Harm, Inc., is a nonprofit membership organization that includes over 54,000 physicians, nurses, medical students, patients, and policymakers. Do No Harm is committed to ensuring that the practice of medicine is driven by scientific evidence rather than ideology. In recent years, the practice of sex-denying interventions, euphemistically known as "gender-affirming care," has become more common despite the serious harm caused by those medical interventions and the complete lack of reliable evidence for any benefit resulting from them. Part of Do No Harm's mission is to ensure that courts have a proper understanding of the danger of these medical interventions. Do No Harm submits this brief to help the Court understand why Title IX forbids—and science does not support—identity-based exceptions to sex-based sports teams.

**ARGUMENT**

District courts have broad discretion to allow participation of amici curiae. *See, e.g.*, *Portland Pipe Line Corp. v. City of S. Portland*, No. 2:15-cv-00054 (JAW), 2017 WL 79948, at *4–*5 (D. Me. Jan. 9, 2017) (permitting brief); *see also United States ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920 (S.D. Tex. 2007) ("No statute, rule, or controlling case defines a federal district court's power to grant or deny leave to file an amicus brief."). Here, Do No Harm seeks leave to file a brief of ten pages. This motion is brought seven days after the filing of the United States' Opposition, allowing Defendant time to address the brief in reply, should Defendant choose to do so. As a diverse group of physicians, healthcare professionals, medical students, patients, and policymakers, Do No Harm brings forth medical expertise that would be helpful in considering the issues before the Court.

## CONCLUSION

For the foregoing reasons, the Court should grant this motion and allow Do No Harm to file the attached brief.

Dated: September 8, 2026

Respectfully submitted,

*/s/ John E. Baldacci, Jr.*
John E. Baldacci, Jr., Bar No. 5773
STEVE SMITH TRIAL LAWYERS
191 Water Street
Augusta, ME 04330
Tel: (207) 622-3711
jack@americantrialgroup.com

*/s/ David H. Thompson*
David H. Thompson* (D.C. Bar No. 450503)
Adam P. Laxalt* (D.C. Bar No. 1670779)
John D. Ramer* (D.C. Bar No. 90002236)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
alaxalt@cooperkirk.com
jramer@cooperkirk.com

*Pro Hac Vice *forthcoming*

*Counsel for proposed* Amicus Curiae
*Do No Harm, Inc.*

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 8th day of September, 2026.

/s/ John E. Baldacci, Jr.
John E. Baldacci, Jr.