UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAINE DEPARTMENT OF EDUCATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:25-cv-00173-SDN |

**ORDER GRANTING LEAVE TO FILE AMICUS BRIEF**

GLBTQ Legal Advocates & Defenders ("GLAD Law"), a nonparty, moves for leave to file an amicus brief regarding Defendant Maine Department of Education's motion for judgment on the pleadings. ECF No. 115; *see* ECF No. 102. For the reasons the Court articulated in its order granting Do No Harm, Inc. leave to file an amicus brief, *see* ECF No. 113, and with no opposition filed, the Court **GRANTS** GLAD Law's motion for leave to file an amicus brief, ECF No. 115. GLAD Law shall file its brief by November 16, 2026. If either party chooses to respond to GLAD Law's brief, it must do so by November 30, 2026.

**SO ORDERED.**

Dated this 12th day of November, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**